■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER RONCONE, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant contends that the suppression court erred in denying his motion to suppress his pretrial identification. From our review of the record, we conclude that the suppression court correctly found that the pretrial identification procedure was not impermissibly suggestive *(see, Simmons v United States,* 390 US 377, 384-386; *People v Emmons,* 123 AD2d 475, 476, *lv denied* 69 NY2d 827).

We have reviewed defendant's remaining contentions and find them to be without merit. (Appeal from judgment of Erie County Court, D'Amico, J.—rape, first degree.) Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL C. PHILLIPS, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's contention that he was deprived of a fair trial by prosecutorial misconduct during summation has not been preserved for our review because he failed to object to the prosecutor's comments *(see, People v Dawson,* 50 NY2d 311, 324; *People v Price,* 144 AD2d 1013, *lv denied* 73 NY2d 895). Moreover, the claimed improprieties were either within the wide rhetorical bounds granted to the prosecutor to comment upon the evidence or made in response to defense counsel's summation *(People v Price, supra,* at 1013; *see, People v Tardbania,* 130 AD2d 954, *affd* 72 NY2d 852).

We conclude, upon our review of the record, that the jury properly gave the evidence the weight it should be accorded in reaching its verdict *(see, People v Bleakley,* 69 NY2d 490, 495). Finally, we find that defendant's sentence was not unduly harsh and excessive *(see, People v Farrar,* 52 NY2d 302). (Appeal from judgment of Supreme Court, Erie County, Flynn, J.—burglary, first degree.) Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.